| DIST. | OFF. | FILING DATE | | | | | N/S | O | | $ DEMAND Nearest $1,000 | DOE? MAG. NO. | COUNTY | JU DEM. | YR. NUMBER |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | YR. | NUMBER | MO | DAY | YEAR | | | | | | | | |
| 867 | 8 | 85 | 0570 | 5 | 29 | 85 | 3 | 890 | 1 | 100 | | 31055 | P | 85-0-570 |

**PLAINTIFFS**

(1) RADIK, Emil Jr   JUDGE CAMBRIDGE

Related to
CV 85-0-492 & 493
CV 85-0-779-785 & consolidated re: plugs.,
Disc. & Mots.

**DEFENDANTS**

(1) ROSENBAUM, WISE, LERMAN, KATZ & WEISS, Law Firm;
(2) ROSENBAUM, Arthur R.;
(3) WISE, AARON N.;
(4) LERMAN, Marvin S.;
(5) KATZ, Elliot L.;
(6) LEWIS, Jeffrey S.;
(7) MASUR, Allan A.;  6-12-87
(8) Weiss, Stephen A.;
(9) FORNEY, Craig
(10) FORNEY, Kathleen;
(11) TOPOLSKI Nancy;
(12) PETRY, Jeffrey C.;  8-19-88
(13) BASILI, Raymond;
(14) SCHROEDER, Bradley;
(15) GEWECKE, Alan;
(16) PEARSON, Stanley
(17) MUSIC LEASING COMPANY
(18) IFC LEASING CORP.
(19) SPINNING CORP. 8-19-88

D's Cont Page 2

CLOSED

**CAUSE**
(CITE THE U.S. CIVIL STATUTE UNDER WHICH THE CASE IS FILED AND WRITE A BRIEF STATEMENT OF CAUSE)

Securities violations. Securities Act of 1933, Securities Exchange Act of 1934, Organized Crime Control Act lf 1970, RICO.

**ATTORNEYS**

(1) Thomas J. Monaghan   11-4-86
    MONAGHAN, TIEDMAN & LYNCH
    1130 Comm. Fed. Twr.
    2120 So. 72nd St.
    Omaha, NE  68124
    397-5757

(1) Christian R. Blunk
    James E. Bachman   (Bachman & Blunk)
    2580 So. 90th St.
    Omaha, NE 68124   392-1020

    Jerome J. Ortman
    Suite 201, Westmark Plaza
    10707 Pacific St.
    Omaha, NE  68114
    393-3013

(1-7) P. Shawn McCann
      SODORO DALY
      200 Century Prof. Plz.
      7000 Spring St.
      Omaha, NE  68106
      397-6200

(21) Daniel E. Klaus   7-10-87
     1201 Lincoln Mall, Ste. 102
     Lincoln, NE
     402-475-5100

(1-7) Marvin S. Pickholz  5-20-87
      2000 Pennsylvania Ave., NW
      Washington, DC 20006
      202/463-7887

(22) Kelly S. Breen
     Venteicher, Laughlin
     11306 Davenport St.
     Omaha, NE 68154   330-1900

(9,10, 20) George Rebensdorf (Daub, Haggart)
           10801 Pacific St., Ste. 1
           Omaha, NE 68154   393-4233

| CHECK HERE IF CASE WAS FILED IN FORMA PAUPERIS | FILING FEES PAID ||| STATISTICAL CARDS ||
|---|---|---|---|---|---|
| | DATE | RECEIPT NUMBER | C.D. NUMBER | CARD | DATE MAILED |
| | | | | JS-5 | May 1985 |
| | | | | JS-6 | July '89 |

UNITED STATES DISTRICT COURT DOCKET    DC-111 (Rev. 9/81)

| DATE | NR. | PROCEEDINGS |
|---|---|---|
| **1985** | | |
| May 29 | 1. | Complaint w/req. for jury trial at Omaha. |
| | 2. | Praecipe to w/hold issuance of summons. |
| Jun 10 | | Issued Summons - handed to P's counsel. (19) |
| Jul 8 | 3. | D's Mot. for Ext. of Time. |
| | 4. | Clerk's Order that D's are granted until 8-7-85 to ans. P's Complaint. Copy mailed to counsel. |
| Jul 17 | 5. | D, Financial Planners Equity Corp.'s Mot. to Dismiss for Failure to Plead w/particularity. |
| Jul 26 | 6. | Ds, Rosenbaum, etal's Appearance of Counsel. |
| | 7. | Ds, Rosenbaum, etal's Mot. to Consolidate & Mot. for Ext. of time to answer. |
| Jul 31 | 8. | Appear. of P. Shawn McCann & Marvin G. Pickholz as counsel for Ds, Rosenbaum, Wise, Arthur Rosenbaum, Aaron Wise, Lerman, Katz, Lewis & Masur. |
| | 9. | D, Weiss Mot. to Consolidate & Mot. for Ext. of Time. |
| Aug 6 | 10. | Ds Rosenbaum, Wise, etal, Arthur Rosenbaum, Aaron Wise, Lerman, Katz, Lewis, Masur & Weiss's Mot. for Ext. of Time in which to Plead. |
| Aug 12 | 11. | Order (CAB) that Ds, Rosenbaum, Wise, etal, Lerman, Katz, Leiws, Masur & Weiss shall have 20 days fr. receipt of Amended Complaint to Ans. Copy mailed to counsel. |
| Aug 16 | 12. | Answer & Mot. to Dismiss P's 4th & 5th Cause of Action by D, Cardell & Assoc., Inc. |
| Aug 20 | 13. | D, Cardell's Cert. of Serv., re: Answer. |
| Aug 29 | 14. | Order (CAB) that D, Financial Planners Mot. (#5) is denied w/out prej. to reassertion P to file amended complaint w/in 20 days; Mot. to consolidate (#7,9) are granted in part cases consolidated for purposes of pldgs., disc. & mots., Pldgs. to be filed in appropriate files; Mot. for ext. of time (#7,9) are denied as moot. Copies mailed to counsel. |
| Sep 19 | 15. | D, Cardell's Amended Ans. & Mot. to Dismiss 4th & 5th Causes of Action of Amended Complaint. |
| | 16. | D, Cardell's Mot. to Dismiss 4th & 5th Caues of Action of Amended Complaint. |
| Dec 13 | 17. | Filing of Doc. Evidence in Support of Mot. to Dismiss of D's Rosenbaum Wise, et al A. Rosenbaum, A. Wise, M.Lerman, E. Katz, J. Lewis, A. Masur & S. Weiss. |
| | 18. | Mot. fo D's Rosenbaum Wise, et al, to Dismiss the Complaint & Amended Complaint.s |
| | 19. | D's Rosenbaum, Wise, et al Req. for Oral Arugment. |
| | 20. | D's Rosenbaum, Wise, et al Mot. to Consolidate & Mot. for Ext. of Time. |
| **1986** | | |
| Jan 16 | 21. | Order (CAB) that Mot. to consolidate cases is granted in part only for the purposes of pldgs., Disc. & Mots.; Mot. of certain D's for ext. of time to ans is granted; Mot. of State of NE Dept. of Banking to file brief is granted. Copy mailed to counsel. |
| Jul 10 | 22. | Appearance of Bachman & Blunk as counsel for P. |
| | 23. | P's Mot. for taking of Judicial Notice. |
| | 24. | P's Resistance to Mot. to dismiss complaint against Ds, |
| | 25. | P's Mot. for leave to amend complaint (orig. amended complaint in env.) |

: 111A
ev. 1/75)

## CIVIL DOCKET CONTINUATION SHEET

| PLAINTIFF | DEFENDANT | |
|---|---|---|
| MIL J. RADIK, JR | Rosenbaum, Wise, et al | DOCKET NO. 85-0-570 <br> PAGE ___ OF ___ PAGES |

| DATE | NR. | PROCEEDINGS |
|---|---|---|
| | | ADDL. D's <br><br> 20. The Financial Planning Corp. of America; <br> 21. ~~Financial Planners Equity Corporation~~ 4-10-87 <br> 22. CARDELL & ASSOCIATES, INC. <br> 23. Barbara E. Productions, Inc. <br> 24. Barbara E. Goldman <br> 25. John Doe |

DC 111A
(Rev. 1/75)

## CIVIL DOCKET CONTINUATION SHEET

| PLAINTIFF | DEFENDANT | DOCKET NO. 85-0-57 |
|---|---|---|
| RADIK | ROSENBAUM, et al. | PAGE ____ OF ____ PAGES |

| DATE | NR. | PROCEEDINGS |
|---|---|---|
| **1986**<br>Aug 29 | 26. | Order (CAB) that Ds' Mot. (#53) is sustained; Leave to serve suppl. memo is granted; Ps' Resistance (#54) is overruled.<br>Copy mailed to counsel. |
|  | 27. | Order (CAB) that Pldgs. in CV 85-0-570; (#16) is denied; (#18) is denied; (#19) is denied; (#23) is granted; Mot. (#25) is granted.<br>Copy mailed to counsel. |
| Sep 17 | 28. | Scheduling Order (CAB) for 9-25-86 @ 9:30.<br>Copy mailed to counsel. |
| Sep 26 | 29.<br>30. | Order (CAB) that progression order be entered & order on RICO claims.<br>Order (CAB) that Ps to file w/in 20 days, a RICO case statement.etc.<br>Copies mailed to counsel. |
| Sep 29 | 31. | Progression Order (CAB) - Trial set at 9/87 J session; PTC-DLP, 8/19/87 @ 11:00 A.; Settle.-RCP, 6/3/87 @ 11:00 A.M.; Disc. 7/24/87; Mots. 4/24/87; Status 3/27/87; w/ltr.<br>Copies mailed. |
|  | 32. | Mot. of Thomas J. Monaghan for leave to w/draw as counsel for P. |
| Oct 29 | 33. | Order (CAB) that mot. to withdraw (filing 32) of atty Thomas Monaghan is granted effective upon the filing w/Clerk of not. of withdrawal & proof of service thereof etc.<br>Copies mailed. |
| Nov 4 | 34. | Not. of Thomas J. Monaghan re: W/drawal of counsel for P. |
| **1987**<br>Mar 27 | 35.<br>36.<br>37. | Ps' Cert. of Serv. re: Req. for Prod. of Doc.<br>Ps' Status Rpt.<br>Jt. Stip. for Dismissal w/out prej. as to Financial Planners. |
| Mar 30 | 38. | Certain D's Status Rpt. |
| Apr 1 | 39. | D, Cardell & Assoc. Status Rpt. |
| Apr 10 | 40. | Order (CAB) that action dismissed w/prej as to D, Financial Planners Equity Corp., ea. party pay own costs.<br>Copies mailed. |
| Apr 15 | 41. | Ds, Forney & Fin. Planning Corp. of Amer. Status Rpt. |
| Apr 24 | 42.<br>43.<br>44.<br>45. | Ps' Not. to Take Depos. re: Arthur Rosenbaum<br>Ps' Not. to Take Depos. re: Stephen Weiss<br>Ps' Not. to Take Depos. re: Jeffrey Lewis<br>Ps' Not. to Take Depos. re: Marvin Lerman. |
| Apr 27 | 46.<br>47. | Mot. of Mcpickholz et al to w/draw as counsel for certain Ds'.<br>Certain Ds' Not. to Take Depos. of certain individuals. |
| Apr 28 | 48.<br>49. | Ds' Not of serv second set of interrors to Pl.<br>Ds' Not of serv second req for prod of docus. |

DC 111A
(Rev. 1/75)

## CIVIL DOCKET CONTINUATION SHEET

| PLAINTIFF | DEFENDANT | DOCKET NO. 85-0-570 |
|---|---|---|
| Emil Radik, Jr. | Rosenbaum   85-0-570 | PAGE ___ OF ___ PAGES |

| DATE | NR. | PROCEEDINGS |
|---|---|---|
| 1987 Apr 30 | 50. | Jt. Mot. & Stip. for order resched. progression. |
| May 8 | 51. | P's Not. to take depos. of Stanley Pearson. |
| May 14 | 52. | D, Masur's Mot. for SJ. |
|  | 53. | D, Masur's filing of evid., re: Mot. for SJ. |
| May 15 | 54. ✗ | Amended Prog. Order (CAB) J: Trial 1-88; PTC 12-2-87 @ 9:00; Disc. 11-27-87; Mots. 8-28-87; Statust 7-31-87. Copy mailed to counsel & JBJ. |
| May 20 |  | Copy of CAB's Order that Ds, Mot. allowing Atty. Pickholz, etc. to w/draw as counsel for Ds is granted. Copies previously mailed. |
| May 27 | 55. | Ds' Not. of w/drawal of Atty. Pickholz. |
| Jun 12 | 56. | Order (CAB) that Maser's Mot. for SJ is granted; Maser is dismissed as D,.etc. Copy mailed to counsel. |
| Jun 18 | 57. | Rosenbaum's et al cert. of serv.re: Resp. & Obj. to Req. for Prod. of Doc. |
| Jun 23 | 58. | Ds, Rosenbaum's Not. to take depos. of numerous indiv. |
| Jun 30 | 59. | Ps' Mot. to compel ans. to questions by Stanley E. Pearson w/attach. |
|  | 60. | Ps' Not. to take depos. of various indiv. |
|  | 61. | Ps' Not. of serv. Req. for prod. of doc. |
|  | 62. | Ps' Not. of serv. Interrog. |
|  | 63. | D, Rosenbaum, etal's Mot. for order correcting 6-12-87 Order. |
| Jul 6 | 64. | Order(CAB) that A. Maser's Mot. is granted; A. Maser shall be amended to read A. Masur. Copy mailed to counsel. |
| Jul 21 | 65. | Atty-Ds' Status Rpt. |
| July 23 | 66. | Order (CAB) that cert mots transferred to Mag.;briefs to be submitted to Mag. Copies mailed to counsel. |
| Jul 29 | 67. | Ds, Rosenbaum's Evid. re: P's Mot. to compel Ans. to Questions propounded on Oral Exam. |
| Aug 3 | 68. | Ps' Status Rpt. |
| Aug 18 | 69. | Memo. & Order (RGK) that #59 is granted. Copy mailed to counsel. |
| Sept 10 | 70. | Ps' Not of Serv ans to interros. |
|  | 71. | Ps' Not of Serv resp to req for prod of docs. |

DC 111A
(Rev. 1/75)

CIVIL DOCKET CONTINUATION SHEET

| PLAINTIFF | DEFENDANT | DOCKET NO. 85-0-570 |
|---|---|---|
| EMIL RADIK | ROSENBAUM, WISE, et al | PAGE ___ OF ___ PAGES |

| DATE | NR. | PROCEEDINGS |
|---|---|---|
| **1987** | | |
| Sep 28 | | Cert. of Rpt. re: Depos. of Mr. & Mrs. Greg Stein. (Orig 85-0-492) |
| | | Cert. of Rpt. re: Depos. of Frank McKenize, Jr. (Orig. 85-0-492) |
| | | Cert. of Rpt. re: Depos. of Mr. & Mrs. Ralph Wolverton (orig 85-0-492) |
| | | Cert. of Rpt. re: Depos. of R.B. Loomis. (Orig. 85-0-492) |
| | | Cert. of Rpt. re: Depos. of Mary Jane Wiederspan. Orig 85-0-492. |
| | | Cert. of Rpt. re: Depos. of Ronald Rodney. Orig. 85-0-492. |
| | | Cert. of Rpt. re: Depos. Mr. & Mrs. Joseph Beister. Orig. 85-0-49 |
| | | Cert. of Rpt. re: Depop. of Kenneth Lang & LarhaeLang Orig. 85-0-492. |
| | | Cert. of Rpt. re: Depos. of Mr.& Mrs. Ronald Galusha. Orig. 85-0-4 |
| | | Cert. of Rpt. re: Depos. of Beverly Andiq. Orig. 85-0-492 |
| | | Cert. of Rpt. re: Depos. of Mr. & Mrs. Lloyd Johson Orig. 85-0-492 |
| | | Cert. of Rpt. re: Depos. of Mr. & Mrs. Emil J. Radik, Jr. |
| Nov 3 | | Cert. of rptr., re: Depos. of Diann & Melvin Young. |
| | | Cert. of rptr., re: Depos. of Mr/Mrs. Glen Dirscoll. |
| | | Cert. of rptr., re: Depos. of Soren Sorensen. |
| | | Cert. of Rptr., re: Depos. of Donald & Vivian Thomas. |
| | | Cert. of rptr., re: Depos. of Robert E. McCardle. |
| | | Cert. of rptr., re: Depos. of William & Charlene Galusha. |
| | | Cert. of rptr., re: Depos. of David L. Mahoney. |
| Nov 19 | | (ORIGINALS IN CV 85-0492) |
| | | Cert. of Rpt re: Depos. of Dr. & Mrs. Robert E. Bodmer (Orig in CV 85-0-492)). |
| | | Cert. of Rpt. re: Depos. of Mr. & Mrs. Robert W. Brinkman (Orig. in CV 85-0-492). |
| | | Cert. of Rpt. re: Depos. of Emil J. Radik, Jr. (Orig. in CV 85-0-49 |
| | | Cert. of Rpt. re: Depos. of Russell Nash & Salla Nash (Orig. in CV 85-0-492). |
| | | Cert. of Rpt. re: Depos. of Robert E. & Eigth W.Malone (Orig. in CV 85-0-492). |
| Dec 2 | 72. | Ps' Mot & Stip for Order resechduling progression. |
| Dec 8 | 73. | Reassignment Order (LES) to RHB. Copy mailed to counsel. |
| | 74. | Prog. Order (LES) J: Trial 4-88; PTC 4-4-88 @ 1:30, etc. Copy mailed. |
| **1988** | | |
| Jan 8 | | Cert of rept of certain depos (2) filed in CV85-0-492. |
| Apr 4 | 75. | O (RGK) that parties shal file Jt Mot re: status report, etc. Copies mailed. |

JC 111A
Rev. 1/75)

CIVIL DOCKET CONTINUATION SHEET

| PLAINTIFF | DEFENDANT | DOCKET NO. CV 85-0-570 |
|---|---|---|
| RADIK, EMIL JR. | ROSENBAUM, ET AL | PAGE ___ OF ___ PAGES |

| DATE | NR. | PROCEEDINGS |
|---|---|---|
| **1988** | | |
| Apr. 12 | 76. | Joint Motion and Stipulation for Order Rescheduling Progression and Status Report. |
| April 21 | 77. | Memo & Order (RGK) all counsel to appear 4/28/88 at 1:30 p.m., etc. Copies mailed. |
| April 28 | 78. | D, Cardell & Assoc. suggestion of bank. |
| | 79. | Crtrm Min (RGK) PTC |
| May 10 | 80. | Prog. Order (RGK); Status 6-15-88; Disc. 2-15-89; PTC b/4 RGK 3-1589; Trial 4-1-89. Copy mailed. |
| May 23 | 81. | Order (RHB) that matter is stayed as to D, Cardell & Associates, Inc. only. Copies mailed. |
| July 18 | 82. | Ps' Motion for Leave to Amend Complaint. |
| July 27 | 83. | Ds' not to take depo of various individuals. |
| August 5 | 84. | Ps' status report. |
| Aug. 15 | 85. | Memo & O (RGK) that the mots to file amd complaints are granted; w/i 5 working days P shall file amd complaint, etc. Copies mailed to counsel. |
| Aug. 17 | | Ps' Notice of Serving Declaration of Expert Witnesses. (Original in CV 85-0-492.) |
| Aug. 19 | 86. | Ps' Amd Complaint. |
| Sept. 9 | | Reporter's Cert. of Depos. of George F. & Laura J. Koontz. (Original in CV 85-0-492) |
| Sept. 9 | 87. | Ps' Status Report. |
| Oct. 5 | | Reporter's Cert. of Depos. of John T. Grimes. Reporter's Cert. of Depos. of Gordon & Alymra Schwartz. (Original in CV 85-0-492) |
| Oct. 5 | | Reporter's Cert. of Depos. of John T. Grimes. Reporter's Cert. of Depos. of Gordon & Alymra Schwartz. (Original in CV 85-0-492) |
| 10/21/88 | 88. | STATUS REPORT of Ps. |
| 11/15/88 | | REPORTER'S CERT. of Depos. of Robert M. and Sally I. Juon; Arthur and Patricia Pearrow; Mr. and Mrs. Jensen and Don and Marilyn Ebert. Original in CV 85-0-492. |
| 11/29/88 | 89. | NOTICE of serv interr & req for prod to newly added Ps by Ds 1, 2, 3, 4, 5, 6 and 8. |
| 12/8/88 | | STATUS REPORT of Ps. (Original in CV 85-0-492) |
| 12/13/88 | | REPORTER'S CERT. of Depos. of Mr. & Mrs. Dan Simpson. REPORTER'S CERT. of Depos. of Larry & Suzann DeBaca. REPORTER'S CERT. of Depos. of Ben David and Priscilla Lee. (Original pleadings in CV 85-0-492) |
| 1/4/89 | 90. | ANSWER to Amd Complaints & 2nd Amd Complaint by dfts Rosenbaum, et al. |

DC-111A
(Rev. 1/75)

CIVIL DOCKET CONTINUATION SHEET

| PLAINTIFF | DEFENDANT | DOCKET NO. CV 85-0-57 |
|---|---|---|
| RADIK | ROSENBAUM, et al. | PAGE ___ OF ___ PAGES |

| DATE | NR. | PROCEEDINGS |
|---|---|---|
| 01/17/89 | 91. | MOTION to compel disc & MOT for sanc for Ps' Failure to Make or Cooperate in Discovery by Ds Rosenbaum Law Firm, A. Rosenbaum, A. Wise, M. Lerman, E.Katz & S. Weis. |
|  | 92. | MOTION for SJ by Ds rosenbaum Law Firm, A. Rosenbaum, A. Wise, M. Lerman, E. Katz & S.Weis. |
|  | 93. | MOT for add time to submit brf in sup of Mot for SJ & Documentary Evidence and/or Stip in sup of Mot for SJ. COPEISTO JUDGE BATTEY |
| 01/17/89 | 94. | MEMO & ORDER (RGK) that WGC to assume T resp for NE cases & Judge Battey to assume T resp for SD cases, CV 85-0-492 tried 1st; CV 85-0-492 T '89 J term; PTC 3/15/89 at 9:00 a.m. b/4 RGK; prev prog ord #85 remain same; no bifurcation is ordered. CCAP & Copy to Judge Battey. |
| 1/30/89 | 95. | NOTICE to take depo of Raymond Basili by Ds. |
|  | 96. | NOTICE to take depo of Brad Schroeder by Ds. |
|  | 97. | NOTICE to take depo of Alan Gewecke by Ds. |
|  | 98. | NOTICE to take depo of Frank Gaines by Ds. |
| 2/1/89 | 99. | MOTION & STIP for ext. of brf time & doc evidence submitted to 2/15/89 by Ps & Ds Rosenbaum Law Firm et al. |
| 02/01/89 | 100. | ORDER (RGK) grtg extension of time to 2/15/89 to submit brfs in sup of Mot for SJ; brfs in sup of Mot to Compel Disc & doc evidence in sup of the Mots. CCAP. |
| 02/17/89 | 101. | MOTION & STIP for extension of brf time & doc evidence submittal to 3/6/89 by Ps & D-Rosenbaum Lawfirm, et al. |
|  | 102. | ORDER (RGK) grtg extension to 3/6/89 to submit brfs in sup of Mot for SJ; brfs in sup of Mot to Compel Disc & doc evidence in sup of Mots. (NOTE: this is only on NE cases it does not pertain to South Dakota cases as RGK not designated to sit on South Dakota cases). CCAP & Judge Battey. |
|  | 103. | ORDER (RGK) that Mot to Compel denied w/o prejudice. CCAP & Judge Battey. |
| 02/21/89 |  | NOTICE to take depos of Arthur R. Rosenbaum, Elliott Katz, Aaron N. Wise Marvin Lerman and Stephen Weiss by Ps Docketed in 85-0-492 #193. |
| 2/24/89 | 104. | MOTION for prot O, Mot to resched prog & Mot to compl by Ds. Copy to Battey. |
| 2/27/89 | 105. | MINUTES bef. RGK re P's mot to compl depo (filing 193); Mot for prot O for depo, etc; Ord that hrg set 3/2/89 1:30 disc conf; PTC 3/24/89 2:30. Copy to Battey. |
|  | 106. | LIST of exh. |
| 3/2/89 | 107. | filed 2/22/89 - Mot for Ord to compel attendance/Sanctions by Ps.Copy to Battey |
|  | 108. | MEMO & ORDER (RGK) that Mots to Compel/Sanctions grtd. in part/denied in part; no sanc grtd; mot for prot ord denied; Mot for amend. Prog Ord-held in abeyance; Setting depos sched; PTC 3/24/89, 2:30, etc. copy to Battey |
| 3/3/89 | 109. | RE-ASSIGN ORDER (LES) case re-assngd from Battey to WGC for dispo. CCAP & Battey |
|  | 110 | MOT to compel by Ps |
| 3/6/89 | 111. | NOT. to take depos. of C. Forney by Rosenbaum Ds. |
| 3/7/89 | 112. | MINUTES b/4 RGK- Hrg on Disc. Cf; P's Mot to compel den w/o prej.; Brf. sch set w/attach (orig in 492). |

JC 111A
Rev. 1/75)

## CIVIL DOCKET CONTINUATION SHEET

| PLAINTIFF | DEFENDANT | |
|---|---|---|
| RADIK | ROSENBAUM, et al. | DOCKET NO. CV 85-0-570 |
| | | PAGE ___ OF ___ PAGES |

| DATE | NR. | PROCEEDINGS |
|---|---|---|
| 3/9/89 | 113. | MOTION for Relief fr memo & order of 2/27/89 by Rosenbaum Ds. |
| | 114. | MEMO & ORDER (RGK) that Mot. of Ps to compel testimony of lawyer/Ds re: financial status - denied. CCAP. |
| 3/10/89 | 115. | MINUTES RGK-Hrg on D's mot for relief fr. 2/27/89 Ord |
| | 116. | LIST of EXHIBITS (orig in 85-0-492) |
| | 117. | MEMO & ORDER (RGK) that Mot for relief fr. 2/27/89 Ord is denied, w/out prej. CCAP |
| 3/17/89 | 118. | MOTION TO STRIKE designation of expert witnesses by P-Kelly |
| | 119. | NOT of serv object to inspection or copying of designated docs by Qualley |
| 3/27/89 | 120. | MEMO & ORDER (RGK) that disc. deadline for Kelly case is 6/2/89; final PTC 6/12/89, 1:30; depos. of Qualley, Wiedeman & Wies by 4/10/89; depos. of Nielson by 4/14/89; Req. doc. in Kelly case by 4/28/89; lawyer/Ds depos. during 4/17/89 wk w/hrs. set; Ps suppl. exp. desig. by 5/8/89; Ds supp. 5/24/89; Ps rebuttal by 5/29/89; Depos. of Ps' experts by 5/15/89; Ds experts 5/29/89; wk. of 5/22/89 disc. re: SD Brown case; Ps' Mot. to strike experts - denied; req. for sanctions reserved; these cases stayed as to Ds Cardell & Assoc; K. Forney; C. Forney & R. Basili. CCAP. |
| 4/10/89 | | CRT REPRTS Crt of Depo of Frank H. Gaines For D. (orig filed in 85-0-492) |
| | | CRT REPRTS Cert of Depo of Dr. Franklin & Debbie Jo Dobson for Ds (orig filed in 85-0-492) |
| 4/11/89 | | REPORTER'S CERT. of depo of Raymond Basili. (Orig filed in 85-0-492) |
| | | REPORTER'S CERT. of depo of George Qualley. (Orig filed in 85-0-492) |
| | | REPORTER'S CERT. of depo of John Nielsen. (Orig filed in 85-0-492) |
| | | REPORTER'S CERT. of depo of Alan Gewecke Vol. II. (Orig filed in 85-0-492) |
| 4/18/89 | | REPORTER'S CERT re: depo of Alan Gewecke. (Orig filed in 85-0-492) |
| 4/20/89 | | REPORTER'S CERT. of depos of Marvin Lerman. (Orig filed in 85-0-492) |
| 05/10/89 | | MOTION for relief from Prog Ord by Ps. (Mr. Stamper to provide oral testimony at other designated time rather than week of 5/15/89) original filed in 85-0-492. |
| 5/11/89 | | NOTICE of serv resp & obj to Ps' 3rd req for prod of docs by Ds Rosenbaum, et al. (Orig filed in 85-0-492). |
| 5/12/89 | | MEMO & ORDER (RGK) that Ps' mot for relief fr Prog O grntd & den in part; Ps make experts avail for depo by 5/21/89; depo for exp in KC, Missouri may take plc there. CCAP. (Orig filed in 85-0-492). |
| 5/18/89 | | MOTION to compel disc w/attach by Ps Mr & Mrs Roger Kelly, et al. (Orig filed in 85-0-492). |
| 5/22/89 | 121. | MOTION to strike design of exp witn, mot to compel disc & sanctions by Ds Rosenbaum, et al. |
| | 122. | AFFIDAVIT of P. Shawn McCann. |

DC 111A
(Rev. 1/75)

CIVIL DOCKET CONTINUATION SHEET

| PLAINTIFF | DEFENDANT | |
|---|---|---|
| RADIK | ROSENBAUM, et al. | DOCKET NO. CV 85-0-5? |
| | | PAGE ___ OF ___ PAGES |

| DATE | NR. | PROCEEDINGS |
|---|---|---|
| 5/23/89 | 123. | MINUTES b/4 RGK re: Hrng on Ps mot to compel disc (#228) and Ds mot to strike desig of expert witnesses, mot to compel disc and sanctions (#229); P's mot 228 denied in part & grntd in part as reflected on the Crt record; O forthcoming on D's motion #229. |
| | 124. | REQUEST for Production of Docs by Ds Rosenbaum et al ... |
| | 125. | NOTICE of Depos of J. Harlan Stamper by Ds Rosenbaum et al |
| | 126. | NOTICE of Depos of William Johnson by Ds Rosenbaum et al |
| | 127. | NOTICE of Depos of Debra Bolinger by Ds Rosenbaum et al |
| | 128. | NOTICE of Depos of Jack or Patti Herstein by Ds Rosenbaum et al |
| | 129. | NOTICE of Depos of Larry Hartman by Ds Rosenbaum et al |
| 05/25/89 | | MOT to strike any design of expt witnesses by D-Rosenbaum, et al by Ps. |
| | | ORDER (RGK) that filing #240 set for hrg on 5/26/89 at 3:00 p.m. CCAP |
| | | NOTICE of serv Ds' designation of expt witnesses by D-Rosenbaum, et al. |
| | | MOT, ORDER, NOTICE filed 5/25/89 originals in file # 85-0-492. |
| 5/26/89 | | NOTICE of serv. Declar. of exp witnesses by Ps (orig in CV 85-0-492) |
| | | NOTICE of serv. Req for Prod of Doc by Ps (orig in CV 85-0-492) |
| | | MINUTES b/4 RGK-hrg on mot to strike exp witnesses by P-submitted (orig in CV 85-0-492) |
| | | LIST of exhibits (orig in CV 85-0-492) |
| 5/30/89 | | DEPOS of J. Harlan Stamper by Ds (original in file 85-0-492) |
| | | MEMO & ORDER (RGK) re: P's mot to compel (#228) is grntd and denied in part; D's mot to strike P's desig of exprt witns, mot to cmpl disc & for sanctions (#229) is generally denied except that P's counsel shall supply D's counsel w/copy of all docs pertaining to Mr. Stamper's opinion; Clrk to file Stamper depo; P's mot to strike D's desig of expt wtns (#240) is generally denied 1 exprt stricken; 3 exptrs may be called; Ps have to 6/6/89 to srv rebuttal. CCAP (orig in 85-0-492) |
| 06/01/89 | | ORDER (RGK) that mtn of George O. Rebensdorf to w/draw as cnsl for Craig & Kathleen Forney is grtd, contingent upon compliance w/ Local Rules of Prac. CCAP. (Orig in 85-0-492) |
| 06/02/89 | | MOTION to strike exp witn test of Mr. Barry Lake & Mr. Julian Kornfeld by Ps. (Orig in 85-0-492) |
| 6/5/89 | | REPORTER'S CERT. of Depo of George Qualley. (Orig in 85-0-492). |
| | | REPORTER'S CERT. of Depo of Susan Gresser Rosmarin. (Orig in 85-0-492). |
| | | MOTION to reconsider O of 5/30/89 etc by Ds - Rosenbaum, et al. (Orig in 85-0-492) |
| | | MEMO & O (RGK) that #250 denied; #260 denied except that D not obligated to strike an exp & D may call 4 prev design exps; Ps to serv rebuttal exps stmnt by noon 6/9/89; D - Rosenbaum firm supply for depo in Omaha, NE. CCAP. (Orig in 85-0-492) |
| 06/08/89 | | CERT of depo of John Uhrich. (orig filed in 85-0-492) |
| | | CERT of depo of J. harlan Stamper. (orig filed in 85-0-492) |
| | | CERT of depo of Barry Lake. (orig filed in 85-0-492) |
| 6/13/89 | 130. | MOTION in limine by Ps M&M Roger L. Kelly, et al. |
| | 131. | MOTION for bifurcatd T on issue of stat of limit by Ds Rosenbaum, Wise, et al. |
| | 132. | MOTION to consol & mot for sep T by Ds Rosenbaum, Wise et al. |

JC 111A
Rev. 1/75

CIVIL DOCKET CONTINUATION SHEET

| PLAINTIFF | DEFENDANT | DOCKET NO. 85-0-570 |
|---|---|---|
| RADIK | ROSENBAUM, et al. | PAGE___OF___PAGES |

| DATE | NR. | PROCEEDINGS |
|---|---|---|
| 06/16/89 | 133. | MINUTES (RGK) hrg on settlement; ord sett agree on record; tape to be sealed. |
| | 134. | MOTION to disqualify counsel for Ps bachman & Blunk by Ds-Rosenbaum, et al. |
| | 135. | APPEARANCE of J. J. Ortman as counsel for Ps. |
| | 136. | NOTICE of settlement & ORDER (RGK) parties have 30 days to file jt stip for dismissal w/Clk & copy to Trial Judges w/Ord; absent compliance w/this Ord cases may be dismissed w/o notice & any PT conf or T previously scheduled cancelled. CCAP. |
| 6/19/89 | | REPORTER'S cert of depo of Hubert Shields & Phyllis Shields. (Orig filed in 85-0-492) |
| | | REPORTER'S cert of depo of Barry K. Lake. (Orig filed in 85-0-492) |
| | | REPORTER'S cert of depo of John Uhrich. (Orig filed in 85-0-492) |
| | | REPORTER'S cert of depo of Kenneth & Mercedes Stierwalt. (Orig filed in 85-0-492). |
| | | REPORTER'S cert of depo of Alton Power. (Orig filed in 85-0-492). |
| | | REPORTER'S cert of depo of James Dean. (Orig filed in 85-0-492). |
| | | REPORTER'S cert of depo of Julian P. Kornfeld. (Orig filed in 85-0-492). |
| | | REPORTER'S cert of depo of Aaron Wise. (Orig filed in 85-0-492). |
| 7/6/89 | | REPORTER'S CERT. of depo of George Qualley. (Orig filed in 85-0-492). |
| 7/24/89 | 137. | STIPULATION for dism of compls of Ps as amd agnst all Ds by Ps & Ds Rosenbaum, et al. |
| | 138. | ORDER (WGC) that compl as amend of all Ps & agnst all Ds dism. w/prej., ea. pty pay own costs. CCAP. E.O. JS & PC. |
| 08/10/89 | 139. | MEMO & ORDER & MAGIS' F & R (RGK) that Robert Becker enter his appear for Geschwenders; recomm to WGC that Mr & Mrs Larry Prelle (85-0-498); R. Hargus (85-0-785 & 87-0-64); & J. Hrbek (85-0-785 & 87-0-64) be dism w/o prej. CCAP. |

SEE AUTOMATED DOCKET FOR
ADDITIONAL PLEADINGS, IF ANY

DC 111A
(Rev. 1/75)

## CIVIL DOCKET CONTINUATION SHEET

| PLAINTIFF | | | DEFENDANT | |
|---|---|---|---|---|
| | | | | DOCKET NO. _____ |
| | | | | PAGE ___ OF ___ PAGES |
| DATE | NR. | | PROCEEDINGS | |